UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EDWARD BEAUFORT-CUTNER, 89-C-1606,

        Petitioner,                       AMENDED REFERRAL ORDER

                                               05-CV-6032L(VEB)

  -vs-

HANS WALKER, Superintendent,

        Respondent.

_____

      It is hereby ORDERED that the ORDER dated June 6, 2007 (Dkt. # 6), entered in this case on June 6, 2007, is amended as follows:

      The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

      All other provisions of said ORDER remain in full force and effect.

      IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                     United States District Judge

DATED:     August 15, 2007
              Rochester, New York